**GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@go2.law
Michael R. Adele, State Bar No. 138339
madele@go2.law; techlitcenter@yahoo.com
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Telephone 714-966-1000
Facsimile 714-966-1002

Counsel to Plaintiff Official Committee
Of Unsecured Creditors of Reliant Life Shares, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>RELIANT LIFE SHARES, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 1:24:bk:11695-MB |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF RELIANT LIFE SHARES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT GRADY, an individual or the Estate of Scott Grady et al.<br><br>Defendants. | Adv. No. 1:25-ap-01033-MB<br><br>**STIPULATION TO DISMISS DEFENDANT BRENT BORCHERT WITHOUT PREJUDICE AND RETAINING JURISDICTION** |

Golden Goodrich LLP
3070 Bristol St, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

`

**STIPULATION**

**WHEREAS**, Plaintiff and Defendant Brent Borchert ("Defendant"), currently represented by Michael Tenenbaum, Esq., have been in the process of discussing a potential early resolution of the action against Defendant;

**WHEREAS,** Plaintiff and Defendant have reached a resolution that they believe is in the interests of justice and sound administration of this case, and request that the Court grant and enter this stipulation approving said resolution.

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff, on the one hand, and Defendant, on the other hand, by and through Plaintiff's attorneys and Defendant's counsel, subject to approval of the Court by entered order, as follows:

1. Defendant shall be dismissed without prejudice from this action, with Plaintiff and Defendant each bearing their own fees and/or costs (if any) incurred through the date of such dismissal.

2. Any statutes of limitation, statutes of repose and/or other time barring statutes shall be tolled with regard to Plaintiff's claims against Defendant until entry of judgment or dismissal of the entire present action and for ninety (90) days thereafter (the "Tolling Period"), regardless of whether said proceeding continues in bankruptcy court, federal district court, state court or otherwise, such that Plaintiff shall not be disadvantaged (nor Defendant advantaged) by the dismissal of Defendant without prejudice.

3. Regardless of the dismissal without prejudice referenced above, Defendant agrees to be and shall remain subject to the jurisdiction of this Court (and any subsequent Court should jurisdiction of this matter and/or claims based on the facts alleged herein transfer to another court) for the purposes of discovery as against Defendant. Defendant agrees to accept service of a deposition subpoena or order for testimony and/or the

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

`production of documents, and any documents relating thereto (including without limitation motions to order or otherwise compel said deposition and/or production of documents), through service of said subpoena, order and/or related documents by e-mail to the following e-mail address: michael@michaeltenenbaum.com. Additionally, to help assure actual notice of e-mail service referenced above, Plaintiff shall call Defendant's counsel at (424) 246-8685 and, if reached directly or by voicemail, inform Defendant of said e-service (or, no one picks up and there is no voicemail, the call alone shall suffice in addition to the e-mail), and service shall be complete once the e-mail has been sent and the call completed.

4. If after this Stipulation is fully executed, Plaintiff (or its counsel) learns new information during the course of discovery in this action (or otherwise) that Plaintiff (or its counsel) believes warrants once again naming Defendant as a defendant in this action, Plaintiff may file a motion with the Court to amend the (then) operative complaint to name Defendant as an additional defendant in this action ("Reinstating Motion").

5. Regardless of the dismissal without prejudice referenced above, Defendant agrees to be subject to the jurisdiction of this Court (and any subsequent Court should jurisdiction of this matter transfer to another court) for the purposes of accepting service of a Reinstating Motion (and any documents relating thereto), through service of said Reinstating Motion and related documents by e-mail to the following e-mail address: michael@michaeltenenbaum.com. Additionally, to help assure actual notice of e-mail service referenced above, Plaintiff shall call Defendant's counsel at (424) 246-8685 and, if reached directly or by voicemail, inform Defendant's counsel of said e-service (or, no one picks up and there is no voicemail, the call alone shall suffice in addition to the e-mail), and service shall be complete once the e-mail has been sent and the call completed.

6. Similarly, Defendant may e-serve Plaintiff by e-mail to jgolden@go2.law and

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

`madele@go2.law in response to any of the foregoing served documents. Additionally, to help assure actual notice of e-mail service referenced above, Defendant shall call Plaintiff's counsel at (714) 342-6987 and (714) 966-1000 and, if reached directly or by voicemail, inform Defendant of said e-service (or, no one picks up and there is no voicemail, the call alone shall suffice in addition to the e-mail), and service shall be complete once the e-mail has been sent and the call completed.

7. Plaintiff and/or Defendant may change the forgoing phone numbers and/or e-mail addresses by e-mailing the other of such new phone numbers and/or e-mail address(es) at which they prefer to be served, as well as by calling the other side at the phone number(s) above to help assure actual notice, at which point the new e-mail phone number(s) and/or address(es) shall be substituted for the phone number(s) and/or e-mail address(es) referenced herein.

8. The purpose and intent of this Stipulation and any order hereon is to effectuate dismissal without prejudice of this action as against Defendant, as well as preserve the parties' claims/defenses and status quo if future litigation between them is appropriate during the Tolling Period, and to avoid unnecessary litigation between them in the interests of the efficient administration of justice. Nothing in this Stipulation shall be construed as a waiver of any defenses by Defendant, including but not limited to any defense that any statutes of limitations, statutes of repose and/or other time barring statutes expired before entering into this Stipulation. Nothing in this Stipulation shall be construed or otherwise deemed to shorten any otherwise time barring statute or doctrine.

/ / /

/ / /

/ / /

` 9. This Court (and, if transferred, successor courts) shall retain jurisdiction to interpret and implement the terms of this Stipulation and related court Order.

Respectfully submitted,

Dated: September 16, 2026 GOLDEN GOODRICH LLP

By: /s/ Jeffrey I. Golden
Jeffrey I. Golden

Counsel to Plaintiff Official Committee
Of Unsecured Creditors of Reliant Life Shares, LLC

Dated: September 16, 2026 THE OFFICE OF MICHAEL TENENBAUM, ESQ.

By: [signature]
Michael Tenenbaum

Counsel to Defendant Brent Borchert

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3070 Bristol St., Suite 640, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO DISMISS DEFENDANT BRENT BORCHERT WITHOUT PREJUDICE AND RETAINING JURISDICTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 16, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **September 16, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 16, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| September 16, 2026 | Kelly Adele | Kelly Adele |
| *Date* | *Printed Name* | *Signature* |

**Electronic Mail Notice List**

Anerio V Altman aaltman@ecf.courtdrive.com, avaesq@ecf.courtdrive.com
David P Beitchman dbeitchman@bzlegal.com
Jeffrey I Golden jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
Michael S Kogan mkogan@koganlawfirm.com
Christopher Stevens cms@cmoorestevens.com
United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov

VIA Email
Michael Tenenbaum- michael@michaeltenenbaum.com